■ In the Matter of WARREN A. COHEN for Reinstatement as an Attorney. — It appearing that respondent has provided satisfactory proof of his daily personal attendance at and completion of a formal Bar review course as required by our prior decision (*Matter of Cohen,* 105 AD2d 1009), application granted and petitioner reinstated as an attorney and counselor-at-law, effective immediately. Mahoney, P. J., Weiss, Mikoll, Levine and Harvey, JJ., concur.